

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00386-CV

———————————————

In re Victor Alonso Espinoza, Relator

---

Original Proceeding
Trial Court No. 1498968D

---

Before Wallach, Gabriel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed. Accordingly, relator's petition for writ of mandamus is dismissed.

Per Curiam

Delivered:  October 21, 2019